McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNATHAN ROSE, and<br>CHRISTOPHER SANDERS, II<br><br>    Defendants. | No. 08-mj-0153 DAD<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY<br>HEARING DATE<br><br>Date: May 14, 2008<br>Time: 2:00 p.m.<br>Court: Hon. Gregory Hollows |

Whereas, there is a preliminary hearing presently set in the above-captioned case for May 14, 2008, at 2:00 p.m.; and

Whereas, defendants Johnathan Rose and Christopher Sanders, II, both desire to waive their respective rights to a timely preliminary hearing to help facilitate pre-Indictment settlement discussions,

It is hereby stipulated by and between plaintiff United States of America and defendants Rose and Sanders, through their respective counsel, that the presently set May 14, 2008, at 2:00 p.m.,

///

///

///

1

preliminary hearing shall, subject to the approval of the Court, be continued until May 30, 2008, at 2:00 p.m.

DATED: May 6, 2008                 McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Samuel Wong

                             By:   _____
                                   SAMUEL WONG
                                   Assistant U.S. Attorney


                                   /s/ Mark Reichel

DATED: May 6, 2008                 _____
                                   MARK REICHEL
                                   Attorney for defendant
                                   JOHNATHAN ROSE (per email
                                   authorization)


                                   /s/ Michael Chastaine

DATED: May 6, 2008                 _____
                                   MICHAEL CHASTAINE
                                   Attorney for defendant
                                   CHRISTOPHER SANDERS, II (per
                                   telephone voicemail authorization)



              _____

<pre>
1                                ORDER
2
3       The Court having received, read, and considered the stipulation
4  of the parties, and good cause appearing therefrom, the Court adopts
5  the stipulation of the parties in its entirety.  The Court
6  specifically finds good cause, based on the stipulation of the
7  parties, taking into account the public interest in the prompt
8  disposition of criminal cases, that the preliminary hearing should
9  be continued from May 14, 2008, at 2:00 p.m., until May 30, 2008, at
10 2:00 p.m., to allow the parties time to engage in pre-Indictment
11 settlement discussions.  It is so ORDERED.
12
13 DATED: 05/09/08                    /s/ Gregory G. Hollows
14                                    ─────────────────────────────
                                      GREGORY G. HOLLOWS
15                                    United States Magistrate Judge
   rose.ord
</pre>