```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2772
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
                                        )
10  UNITED STATES OF AMERICA,           )
                                        )   No. CRS. 08 243 JAM
11            Plaintiff,                )
                                        )   STIPULATION AND ORDER
12       v.                             )   CONTINUING STATUS CONFERENCE
                                        )   HEARING DATE AND EXCLUDING
13  JOHNATHAN ROSE, and                 )   SPEEDY TRIAL ACT TIME
    CHRISTOPHER SANDERS, II,            )
14                                      )
              Defendants.               )
15                                      )
    _____)   Court:  Hon. John A. Mendez
16
```

17      Whereas, the parties need additional time to resolve discovery
18 issues, including the preparation by plaintiff United States of
19 America of transcripts of multiple recorded conversations involved
20 in the investigation of this case, and for defense counsel to
21 prepare their respective client's defenses upon receipt and review
22 of the anticipated additional discovery, and
23      Whereas, the parties desire to continue the presently set
24 September 23, 2008, status conference hearing until after the
25 defense counsel have an opportunity to review the new discovery,
26      It is hereby stipulated by and between the United States and
27 defendants Johnathan Rose and Christopher Sanders, II, through their
28 respective counsel, that:

1. The presently set September 23, 2008, at 9:30 a.m., status conference shall, subject to the approval of the Court, be continued until October 14, 2008, at 9:30 a.m.

2. Time from September 23, 2008, to and including October 14, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by government and defense counsel).

DATED: September 24, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Samuel Wong

By: _____
SAMUEL WONG
Assistant U.S. Attorney

/s/ Mark Reichel

DATED: September 24, 2008

_____
MARK REICHEL
Attorney for defendant
JOHNATHAN ROSE (per telephone authorization)

/s/ Robert Holley

_____
ROBERT HOLLEY
Attorney for defendant
CHRISTOPHER SANDERS, II (per telephone authorization)

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: September 25, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge